UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>                Plaintiff,<br><br>       v.<br><br>NANETTE JOYNER LEWIS COLEMAN, et al.,<br><br>                Defendants. | CASE NO. C20-5276-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's Motion for Leave to Procced *In Forma Pauperis*, Dkt. 6, is **DENIED**;

(3) Plaintiff's Proposed Amended Complaint is **DISMISSED** for failure to state a claim; and

ORDER - 1

(4)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 12th day of August, 2020.

                                             BENJAMIN H. SETTLE
                                             United States District Judge

ORDER - 2